STATE OF NORTH CAROLINA v. JAMES ELLIS COOPER
No. 6827SC462

(Filed 18 December 1968)

Escape § 1;    Criminal Law § 40— admissibility of commitment

In a prosecution for felonious escape, an unverified copy of a commit-ment containing the signature of an assistant clerk of Superior Court and bearing the seal of the clerk of the Superior Court is admissible to show the lawfulness of defendant's confinement at the time of the alleged escape.

APPEAL by defendant from *Snepp, J.,* 22 July 1968 Session, GASTON Superior Court.

Defendant was tried upon an indictment charging him with a felonious escape. The jury returned a verdict of guilty as charged. From the verdict and judgment of imprisonment for a period of two years defendant appealed.

*T. W. Bruton, Attorney General, by Dale Shepherd, Staff Attorney, for the State.*

*Verne E. Shive for the defendant.*

BROCK, J.

The crux of defendant's appeal relates to his exception to the introduction of an unverified copy of commitment taken from the defendant's file at the prison unit from which he is alleged to have

escaped. This exhibit was offered by the State to show the lawfulness of defendant's confinement at the time of the alleged escape. This commitment contained the signature of an assistant clerk of Superior Court of Mecklenburg County, and bore the imprint of the official seal of the Clerk of Superior Court of Mecklenburg County.

This precise question has been decided adversely to defendant's position in the case of *State v. Beamon*, 2 N.C. App. 583, filed 16 October 1968. Upon authority of *Beamon* defendant's assignments of error are overruled.

No error.

BRITT and PARKER, JJ., concur.